UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTHER WEILAND,<br>  Plaintiff,<br>  v.<br>CITY OF CONCORD, et al.,<br>  Defendants. | Case No. 13-cv-05570-JSC<br><br>**ORDER RE: PRIVILEGE LOG DISPUTE**<br><br>Re: Dkt. No. 30 |

The parties appeared for a telephonic discovery hearing regarding Plaintiff's privilege log on September 18, 2014. The Court established the following procedure for resolving the dispute.

Each side shall select 20 pages which it contends is representative of its position regarding whether the redacted material is properly subject to redaction. The parties shall exchange lists of their selected documents by bates number by noon on Monday, September 22, 2014 and a letter brief in support of their respective position on September 24. On September 26, the parties shall each file their brief with the Court ensuring that it is responsive to the arguments raised in the other parties' brief. To the extent Plaintiff's brief discloses what he considers to be private and confidential information, Plaintiff shall e-file under seal an unredacted version of his brief and shall e-file a redacted version of the same on the public docket. To the extent Defendants' brief discusses information obtained from documents produced pursuant to the Stipulated Protective Order, they shall likewise e-file their brief under seal with a redacted version e-filed on the public docket. Plaintiff shall also deliver a full set of the selected documents to chambers for in camera review which highlights the redactions.

The Court will hear oral argument regarding the matter on October 2, 2014 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

1 **IT IS SO ORDERED**.

2 Dated: September 18, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2