MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN, LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
WALTHER WEILAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTHER WEILAND, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CONCORD, a public entity, CONCORD CHIEF OF POLICE GUY SWANGER, in his individual and official capacities, POLICE OFFICER KEVIN MANSOURIAN, individually, and DOES 1 through 10, Jointly and Severally,<br><br>Defendants. | Case No. 3:13-CV-05570 JSC<br><br>**NOTICE OF SETTLEMENT, STIPULATION TO VACATE PRETRIAL AND TRIAL DATES, AND (~~PROPOSED~~) ORDER**<br><br>Trial Judge:   Hon. Jacqueline S. Corley<br><br>Settl. Conf. Judge:   Kandis A. Westmore<br><br>**Case Mgmt. Conf.:  December 18, 2014**<br>**Pretrial Conf.:  July 9, 2015**<br>**Trial:  July 27, 2015** |

Case No. 3:13-CV-05570 JSC:  NOTICE OF SETTLEMENT, STIPULATION TO VACATE PRETRIAL AND    1
TRIAL DATES, AND (~~PROPOSED~~) ORDER

PLEASE TAKE NOTICE, that the parties have reached a settlement agreement in this matter.  The parties anticipate that settlement documents and settlement check can be executed and exchanged within 30 days.  The parties, by and through their respective counsel of record, hereby request that the Court vacate the Case Management Conference currently scheduled for December 18, 2014, the Pretrial Conference currently scheduled for July 9, 2014, the trial currently scheduled for July 27, 2015, and all other related pretrial deadlines in this matter.

The parties further stipulate that upon the filing of a notice of completion of settlement and request for dismissal, this matter may be fully and finally dismissed.

DATED:  December 11, 2014                HADDAD & SHERWIN, LLP

                                         */s/ Michael J. Haddad*
                                         MICHAEL J. HADDAD
                                         Attorneys for Plaintiff WALTHER WEILAND

DATED:  December 11, 2014                MCNAMARA, NEY, BEATTY, SLATTERY,
                                         BORGES & AMBACHER LLP

                                         */s/ Noah G. Blechman*
                                         JAMES V. FITZGERALD, III
                                         NOAH G. BLECHMAN
                                         Attorneys for Defendants CITY OF CONCORD,
                                         CONCORD CHIEF OF POLICE GUY SWANGER
                                         AND POLICE OFFICER KEVIN MANSOURIAN

*Mr. Haddad and Mr. Blechman provided their consent that this document be electronically filed.

**(PROPOSED) ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.  The Court hereby vacates the Case Management Conference currently scheduled for December 18, 2014, the Pretrial Conference currently scheduled for July 9, 2014, the trial currently scheduled for July 27, 2015, and all other related pretrial deadlines in this matter.

A further case management conference is scheduled for January 29, 2015. The matter will vacated if a stipulation for dismissal is filed before the conference.

DATED: December 12, 2014

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT

Case No. 3:13-CV-05570 JSC:  NOTICE OF SETTLEMENT, STIPULATION TO VACATE PRETRIAL AND TRIAL DATES, AND (PROPOSED) ORDER          3